**Beverly L. O'DELL (Now Mitchell),**
**Respondent,**

v.

**Herman Sherman O'DELL, Appellant.**

No. WD 50088.

Missouri Court of Appeals,
Western District.

July 5, 1995.

Barbara A. Braznell, St. Joseph, for appellant.

Beverly L. O'Dell, St. Joseph, respondent pro se.

Before ULRICH, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from denial of motion to modify child support.

Judgment affirmed.   Rule 84.16(b).